IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

DONNA S. RUSTON                                                                 PLAINTIFF

    v.                              CIVIL NO. 14-2004

CAROLYN W. COLVIN, Commissioner
Social Security Administration                                                  DEFENDANT

## JUDGMENT

    For the reason stated in the memorandum opinion of this date, the decision of the Commissioner is AFFIRMED and the Plaintiff's case is DISMISSED with PREJUDICE. The parties have sixty (60) days from entry of the judgment on the docket in which to appeal

    IT IS SO ORDERED this 26th day of January, 2015.

/s/ *Mark Ford*
HON. MARK FORD
UNITED STATES MAGISTRATE JUDGE